IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sonia J. Shoup, | No. CV 14-778-TUC-JAS (LAB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Tucson Unified School District, | |
| Defendant. | |

The Court notes that this case was originally assigned to Magistrate Judge Bowman, but the parties elected for an assignment to a District Judge. However, after the case was reassigned to District Judge Jorgenson, she referred the case back to Magistrate Judge Bowman (Doc. 7). When this case was reassigned to this Court on 7/22/14 (Doc. 14), the previous referral to Magistrate Bowman remained in effect. Thus, to clear up any potential confusion, the referral to Magistrate Bowman still remains in this case, the case number should be listed as appears in the caption above, and the parties shall comply with Doc. 11 pertaining to a Joint Report and Conference before Magistrate Judge Bowman.

DATED this 19th day of August, 2014.

James A. Soto
United States District Judge